ORIGINAL

# In the United States Court of Federal Claims

No. 08-337 L

(Filed: May 6, 2008)

FILED
MAY 6 2008
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * *

RICHARD P. COOK, *et al.*
and COPAR PUMICE COMPANY,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court received on May 2, 2008 a document entitled "Motion to Enforce Settlement Agreement and For Damages." In it, the above-named plaintiffs seek to enforce an agreement between themselves and the United States on April 4, 2002. That agreement was the basis of the parties' joint stipulation of dismissal with prejudice of a case then-pending at the court, also brought by the same plaintiffs, under Docket No. 94-344L. The motion seeks to reopen that earlier case. The files in that case have been archived, and, in any event, would not appear to be necessary to resolve the substance of the motion. Accordingly, we direct the Clerk to treat the motion as a complaint in a new proceeding with a new docket number, without prejudice to plaintiff's rights, if any, to argue that the court retained jurisdiction to enforce the agreement. Filing fees are waived. The Clerk is directed to serve this order and accompanying motion on the United States in the customary manner as a new complaint. Thereafter the United States will have the period specified in the court's rules for answering.

Hereafter, this case will proceed under the court's electronic filing system. If plaintiffs' counsel is not yet admitted to use that system, he is directed to contact the Clerk's office promptly to take steps to be admitted.

ERIC G. BRUGGINK
Senior Judge