**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RICHARD P. COOK, et al. and COPAR PUMICE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 08-337 L** |
| | ) | **Senior Judge Eric G. Bruggink** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

Please enter the appearance of Terry M. Petrie as counsel of record for Defendant in this case. Service of all further pleadings, documents or other papers herein, exclusive of original process, by regular U.S. mail, overnight-mail, or hand deliveries, should be made upon Defendant by service upon Mr. Petrie at this address:

Terry M. Petrie
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
E-mail: Terry.Petrie@usdoj.gov

Dated: May 31, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE** was served on May 31, 2008, by Electronic Case Filing, on the following counsel:

Joseph E. Manges
Comeau, Maldegen, Templeman & Indall, LLP
Coronado Building
141 E. Palace Avenue
P.O. Box 669
Santa Fe, NM 87504-0669

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE